# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 14, 2022

No. 21-50961
Summary Calendar

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Rudy Naranjo,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:05-CR-134-1

Before Wiener, Dennis, and Haynes, *Circuit Judges*.

Per Curiam:*

Rudy Naranjo, federal prisoner # 65240-080, appeals the denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. We review the denial for an abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020).

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50961

The district court specifically cited the nature of Naranjo's offense of conviction, his history and characteristics, and the needs for the sentence to reflect the seriousness of his offense, promote respect for the law, provide just punishment, adequately deter criminal conduct, and protect the public from his further crimes; in addition, the district court noted that no reduction was necessary to provide Naranjo needed medical care. *See* 18 U.S.C. § 3553(a)(1), (2)(A)-(D). Although Naranjo disagrees at length with the district court's assessment of the § 3553(a) factors, his disagreement is not sufficient grounds for reversal. *See Chambliss*, 948 F.3d at 694. Because the district court's consideration of the § 3553(a) factors adequately supports the denial, we do not reach Naranjo's remaining arguments. *See Ward v. United States*, 11 F.4th 354, 360-62 (5th Cir. 2021); *Chambliss*, 948 F.3d at 693-94.

AFFIRMED.